# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

HEATHER HERNDON,

               Plaintiff,

    v.

EXPERIAN, *et al.*,

               Defendants.

Case No. 3:22-cv-00165-SLG

## ORDER RE EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT

Before the Court at Docket 86 is *Experian Information Solutions, Inc.'s Motion for Summary Judgment*. Plaintiff Herndon did not file a response to the motion and Experian filed an additional brief in support of the motion at Docket 90.

On the current record, no evidence exists to demonstrate a genuine issue for trial on any claim that Plaintiff's claim could be construed to assert against Experian.  Further, Experian has demonstrated that it is entitled to judgment as a matter of law.  Accordingly, Experian is entitled to summary judgment in its favor and its motion for summary judgment is GRANTED.[1]

Plaintiff did file a *Petition for Name Change* at Docket 89, seeking to have her name not appear in all capitals in the case caption.  The request is DENIED

---

[1] Fed. R. Civ. P. 56(a); *Celotex Corp. v. Catreet*, 477 U.S. 317, 322 (1986).

because it is inconsistent with the Local Civil Rules for the District of Alaska. *See* Local Civil Rule 7.5 Exemplar.

The Clerk of Court is directed to enter a final judgment accordingly.

DATED this 16th day of November, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cv-00165-SLG, *Herndon v. Experian, et al.*
Order re Experian Information Solutions, Inc.'s Motion for Summary Judgment
Page 2 of 2

Case 3:22-cv-00165-SLG   Document 93   Filed 11/16/23   Page 2 of 2